# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2018

158025

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

KEITH LLOYD CANFIELD,
      Defendant-Appellee.

SC: 158025
COA: 340598
Livingston CC: 16-023443-FC

_____/

On order of the Court, the application for leave to appeal the May 15, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

WILDER, J., would order oral argument on the application for leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2018



Clerk

p1017